BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CALERO-LOPEZ

FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONSO CALERO-LOPEZ,<br><br>Defendant. | No. CR 08-70029 HRL<br><br>STIPULATION TO CONTINUE STATUS HEARING RE: BOND; [PROPOSED] ORDER |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing regarding the posting of property in the above-captioned matter, presently scheduled for Thursday, February 28, 2008, at 1:30 p.m. be continued to Thursday, March 6, 2008, at 1:30 p.m.

Mr. Calero-Lopez has obtained an appraisal of his property, and is in the process of obtaining a title report. At this time, the defense is informed that the defendant's property has lost approximately $40,000 in value since he refinanced last year. Accordingly, the defense estimates that Mr. Calero-Lopez will have less equity than was estimated at the time of his bail hearing.

Government counsel preserves his earlier objections to the setting of bond conditions in

STIPULATION TO CONTINUE STATUS RE:
BOND; [PROPOSED] ORDER
No. CR 08-70028 HRL

1

this case, but does not object to a reduction in the amount of equity that must be posted to secure Mr. Calero-Lopez's release. The parties will submit a proposed order to this effect after receipt of the title report, which will clarify the amount of equity available.

Dated: 02/26/08

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 02/26/08

/s/
TOM O'CONNELL
Assistant United States Attorney

## ORDER

The parties have jointly requested a one-week continuance of the status hearing regarding the defendant's bond, currently set for February 28, 2008, to allow time for the defendant to complete the process of obtaining a title report.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 28, 2008, at 1:30 p.m., be continued to March 6, 2008, at 1:30 p.m.

Dated: 2/27/08

HOWARD R. LLOYD
United States Magistrate Judge