BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CALERO-LOPEZ

FILED

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-70029 HRL |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME; [PROPOSED] ORDER |
| v. | |
| ALONSO CALERO-LOPEZ, | Hon. Howard R. Lloyd |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 24, 2008, at 1:30 p.m. be continued to Thursday, May 22, 2008, at 1:30 p.m. The continuance is requested to allow time for further pre-charge negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from April 24, 2008 to May 22, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt
2  disposition of criminal cases.
3
4  Dated:        4/23/08                                    _____/s/_____
                                                            LARA S. VINNARD
5                                                           Assistant Federal Public Defender

6  Dated:        4/23/08                                    _____/s/_____
                                                            TOM O'CONNELL
7                                                           Assistant United States Attorney

8                                         **ORDER**
9
    The parties have jointly requested a continuance of the hearing set for April 24, 2008, to
10
   allow time for continued pre-charge negotiation and continued defense investigation.
11
        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
12
   presently set for April 24, 2008 at 1:30 p.m. be continued to May 22, 2008, at 1:30 p.m.
13
        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
14
   from April 24, 2008, to May 22, 2008, shall be excluded from the period of time within which
15
   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
16
        Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED
17
   that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
18
   Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
19
   criminal cases.
20
21 Dated: April 24, 2008                                    _____
                                                            HOWARD R. LLOYD
22                                                          United States Magistrate Judge
23
24
25
26

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER                    2
No. CR 08-70029 HRL