1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CALERO-LOPEZ

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          )   No. CR 08-70029 HRL
                                       )
13          Plaintiff,                 )   **STIPULATION TO EXTEND TIME FOR**
                                       )   **PRELIMINARY HEARING AND**
    v.                                 )   **EXCLUDE TIME; [PROPOSED] ORDER**
14                                     )
    ALONSO CALERO-LOPEZ,               )
15                                     )   **Hon. Patricia V. Trumbull**
            Defendant.                 )
16  _____)

17         Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Thursday, May 22, 2008, at 1:30 p.m. be continued to Thursday, July 17, 2008, at 1:30 p.m. The

20  continuance is requested to allow time for further pre-charge negotiation and defense

21  investigation.

22         The parties further agree that time should be excluded under the Speedy Trial Act from

23  May 22, 2008 to July 17, 2008, to allow time for defense investigation and preparation, and

24  because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

25         Finally, in order to allow additional time for pre-charge negotiations, the parties also

26  agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70029 HRL                     1

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt

2  disposition of criminal cases.

3

4  Dated:  5/19/08                                  _____/s/_____

                                                    LARA S. VINNARD

5                                                   Assistant Federal Public Defender

6  Dated:  5/19/08                                  _____/s/_____

                                                    TOM O'CONNELL

7                                                   Assistant United States Attorney

8

9                                      **ORDER**

10        The parties have jointly requested a continuance of the hearing set for May 22, 2008, to

11  allow time for continued pre-charge negotiation and continued defense investigation.

12        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for May 22, 2008 at 1:30 p.m. be continued to July 17, 2008  at 1:30 p.m.

14        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

15  from May 22, 2008, to July 17, 2008, shall be excluded from the period of time within which

16  trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

17        Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED

18  that  time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of

19  Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of

20  criminal cases.

21  Dated: _May 20, 2008_                           _____

22                                                  PATRICIA V. TRUMBULL

                                                    United States Magistrate Judge

23

24

25

26

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70029 HRL                        2