```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant ALONSO LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALONSO LOPEZ,  )<br>  )<br>             Defendant.  )<br>_____ ) | No. CR 08-00603 JF<br><br>**STIPULATION TO POSTPONE DEFENDANT'S SELF-SURRENDER DATE; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the defendant's self-surrender date may be continued from April 24, 2009 to May 22, 2009.

The postponement is requested because Mr. Lopez is attempting to establish a Forbearance Plan with respect to his home mortgage due to financial hardship.  His goal is to modify or reduce the mortgage loan payments to ensure that his family will be able to remain in the family home while he is incarcerated.  In order to set up a Forbearance Plan, the mortgage lender, Chase Home Finance, proposed terms including payment of a "down payment" and three "arrearage payments."  At this time, defense counsel is informed that two of the arrearage payments remain due, and total $1,600.  The delay in Mr. Lopez's self-surrender is requested so

1  that he can continue to work to earn money to pay the remaining $1,600 requested by the lender

2  before he is incarcerated.

3      A copy of the mortgage lender's letter to Mr. Lopez, outlining the above proposal, has

4  been provided to government counsel.

5      For the foregoing reasons, the parties stipulate that Mr. Lopez's self-surrender date may

6  be postponed to May 22, 2009.

7  Dated: 4/15/09                                       _____/s/_____

8                                                    LARA S. VINNARD
Assistant Federal Public Defender

9

10  Dated:  4/15/09                                    _____/s/_____
TOM O'CONNELL
Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO POSTPONE SELF-
SURRENDER DATE; [PROPOSED] ORDER
No. CR 08-00603 JF              2

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

| UNITED STATES OF AMERICA, | ) | No. CR 08-00603 JF |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER POSTPONING DEFENDANT'S SELF-SURRENDER DATE** |
| v. | ) | |
| ALONSO LOPEZ, | ) | |
| Defendant. | ) | |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the self-surrender date in this matter, presently April 24, 2009, be postponed to May 22, 2009.

Dated:  4/20/09

_____
JEREMY FOGEL
United States District Judge